**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRUCE LARKIN,

        Plaintiff,

v.                                Case No:  6:15-cv-762-Orl-40GJK

FAMILY DOLLAR STORES OF
FLORIDA, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Motion for Approval of Settlement Agreement and for Dismissal (Doc. 18) filed on September 22, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 21, 2015 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and for Dismissal (Doc. 18) is **GRANTED**.

3. The Court approves the Settlement Agreement and adopts the terms therein.

4. This case is **DISMISSED with prejudice**.

5. The Court retains jurisdiction for one (1) year from the date of this order to enforce the terms of the Settlement Agreement.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 11, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties